Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Kevin L. Jones (State Bar No. 324068)
kjones@fbm.com
Daniel N. Baron (State Bar No. 362767)
dbaron@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant AMAZON.COM,
INC. and AMAZON.COM SERVICES
LLC (erroneously sued as
AMAZON.COM SERVICES, LLC)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOE HAYDEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMAZON.COM, INC., a Delaware corporation; and DOES 1 through 25, Inclusive,<br><br>　　　　　Defendant. | Case No. 2:26-cv-2591<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441**<br><br>[LOS ANGELES SUPERIOR COURT, CASE NO. 26STCV02621] |

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. § 1441 / CASE NO. _____

48181\20923147.2

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF JOE HAYDEN:

PLEASE TAKE NOTICE that Defendant AMAZON.COM SERVICES LLC[1] ("Amazon" or "Defendant"), pursuant to 28 U.S.C. § 1441, hereby removes the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Los Angeles.

## I.   FACTUAL AND PROCEDURAL BACKGROUND

On January 17, 2026, Plaintiff Joe Hayden ("Plaintiff") filed a civil complaint titled *Joe Hayden v. Amazon.com, Inc.*, Case No. 26STCV02621. On January 30, Plaintiff filed a First Amended Complaint titled *Joe Hayden v. Amazon.com Services, LLC, et al.*, whereby Plaintiff dismissed Amazon.com, Inc. as a defendant and added Amazon.com Services LLC as a defendant.  A true and correct copy of the Unverified Complaint and Unverified First Amended Complaint (hereinafter the "Complaint" and "FAC," respectively), together with its Civil Case Cover Sheet, the initial complaint, and other related filings, is attached as **Exhibit A** to the Declaration of Kevin L. Jones ("Jones Decl.") submitted concurrently herewith.  *See* Jones Decl., ¶ 1.

In his FAC, Plaintiff alleges five causes of action against Amazon: (1) Disability Discrimination in Violation of California's Fair Employment and Housing Act ("FEHA"); (2) Failure to Accommodate Disability in Violation of FEHA; (3) Failure to Engage in the Interactive Process in Violation of FEHA; (4) Retaliation – Wrongful Termination in violation of FEHA, Cal. Labor Code §132a, and public policy; and (5) Failure to Pay Wages on Time and at Termination in violation Cal. Labor Code §§201-204. *See* Jones Decl., ¶ 1, **Exh. A** (FAC) at 1:12-18 (Caption).  Plaintiff seeks payment of damages and penalties according to proof

---

[1] Amazon.com Services LLC is incorrectly noted as Amazon.com Services, LLC in Plaintiff's Unverified First Amended Complaint.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. § 1441 / CASE NO. _____          2          48181\20923147.2

at trial; unpaid wages, commissions, and bonuses owed, for prejudgment interest on those amounts at the legal rate; waiting time penalties pursuant to Lab. Code §203; punitive damages; cost of suit herein incurred, including attorneys' fees; and for such further relief as the court deems just. *Id.* at 10:11-19 (Prayer for Relief).

On February 9, 2026, Amazon was served with Plaintiff's FAC.[2] A true and correct copy of a Notice of Service of Process is attached as **Exhibit B** to the Declaration of Kevin L. Jones submitted concurrently herewith. *See* Jones Decl., ¶ 2.

On March 10, 2026, Amazon timely answered Plaintiff's Complaint in Superior Court of the State of California in and for the County of Los Angeles, a true and correct copy of which is attached as **Exhibit C** to the Declaration of Kevin L. Jones submitted concurrently herewith. *See* Jones Decl., ¶ 3.

## II.    THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading." *See* 28 U.S.C. §1446(b)(2)(B).

## III.    THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]").

First, Plaintiff and Defendants are citizens of different states. Plaintiff's Complaint alleges that she resided in the state of California at all material times. *See* Jones Decl., ¶ 1, **Exh. A** (Complaint) at ¶ 3. A party's residence is *prima facie* evidence of his domicile. *Mondragon v. Cap. One Auto Fin.*, 736 F.3d 880, 885-86

---

[2] Amazon was not served the Complaint, only Plaintiff's FAC.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. § 1441 / CASE NO. _____

3

48181\20923147.2

(9th Cir. 2013); *Portillo v. Ford Motor Co.*, 2022 WL 16550308 (C.D. Cal. Oct. 31, 2022).

Amazon.com Services LLC is not a citizen of California. For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). At all times relevant to this action, Amazon.com Services LLC has been a citizen of Washington and Delaware (but not California). A true and correct copy of the California Secretary of State Statement of Information for Amazon.com Services LLC is attached as **Exhibit D** to the Declaration of Kevin L. Jones submitted concurrently herewith. *See* Jones Decl., ¶ 4, **Exh. D** (California Secretary of State Statement of Information for Amazon.com Services, LLC). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Seattle, Washington. A true and correct copy of the Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. is attached as **Exhibit E** to the Declaration of Kevin L. Jones submitted concurrently herewith. *See* Jones Decl., ¶ 5, **Exh. E**. (Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. listing principal office in Seattle, Washington and organized under Delaware law).

Moreover, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks payment of damages and penalties according to proof at trial; lost wages; unpaid wages, commissions, and bonuses owed, for prejudgment interest on those amounts at the legal rate; waiting time penalties pursuant to Lab. Code §203; punitive damages; cost of suit herein incurred, including attorneys' fees; and for such further relief as the court deems just; and more. *See* Jones Decl., ¶ 1, **Exh. A** (Complaint) at pp. 13-14 (Prayer for Relief). California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims and damages

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. § 1441 / CASE NO. _____

4

48181\20923147.2

sought. *See, e.g., Castanon v. Int'l Paper Co.*, No. 2:15-CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (amount-in-controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional distress and punitive damages, and attorneys' fees); *Vasquez v. Arvato Dig. Servs., LLC*, No. CV 1-02836 RSWL (AJWx), 2011 WL 2560261, at *3 (C.D. Cal. Jun. 27, 2011) (disability discrimination case where lost wages were around $25,000, but the addition of attorney's fees and emotional distress damages suggested that the amount in controversy would exceed $75,000); *see also Winters v. Aimco/Bethesda Holdings Inc.*, 2018 WL 6567113, at *2 (S.D. Cal. Dec. 13, 2018) ("[A] court must include future attorneys' fees recoverable by statute … when assessing whether the amount in controversy requirement is met.") (quoting *Fritsch v. Swift Transp. Co. of Ariz., LLC*, 899 F.3d 785, 794 (9th Cir. 2018)); *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL 3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress damages, punitive damages, and attorneys' fees and costs). Thus, removal is proper based on this Court's diversity jurisdiction.

## IV. VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Los Angeles, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

/ / /

/ / /

/ / /

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. § 1441 / CASE NO. _____

5

48181\20923147.2

## V.   NOTICE OF REMOVAL

Defendant will promptly provide written notice of this Notice of Removal to Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles.

Dated:  March 11, 2026          FARELLA BRAUN + MARTEL LLP

By:  _____

      Kevin L. Jones

      Attorneys for Defendant AMAZON.COM
      SERVICES LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. § 1441 / CASE NO. _____

6

48181\20923147.2