Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Kevin L. Jones (State Bar No. 324068)
kjones@fbm.com
Daniel N. Baron (State Bar No. 362767)
dbaron@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant AMAZON.COM,
INC. and AMAZON.COM SERVICES
LLC (erroneously sued as
AMAZON.COM SERVICES, LLC)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOE HAYDEN, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMAZON.COM, INC., a Delaware corporation; and DOES 1 through 25, Inclusive,<br><br>        Defendant. | Case No.  2:26-cv-2591<br><br>**DECLARATION OF KEVIN L. JONES IN SUPPORT OF DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b)**<br><br>[LOS ANGELES SUPERIOR COURT, CASE NO. 26STCV02621] |

I, Kevin L. Jones, am an attorney duly licensed to practice law before all courts of the State of California and am an associate with the law firm of Farella Braun + Martell LLP, attorneys of record for Defendant Amazon.com Services LLC ("Defendant" or "Amazon") in the above-captioned action. I have personal knowledge of the matters set forth below and, if I were called and sworn as a witness, I could and would competently testify to the following facts.

    1.    Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Joe Hayden's ("Plaintiff") Complaint, file-stamped in the Los Angeles Superior Court on January 17, 2026, and First Amended Complaint, file-stamped in Los Angeles

DECL. OF KEVIN L. JONES ISO DEFENDANT'S
NOTICE OF REMOVAL / Case No. _____

Superior Court on January 30, 2026.  The First Amended Complaint was served on Amazon.com Services LLC on February 9, 2026.

2.     Attached hereto as **Exhibit B** is a true and correct copy of a Notice of Service of Process stating Plaintiff's First Amended Complaint was served on Amazon.com Services LLC on February 9, 2026.

3.     Attached hereto as **Exhibit C** is a true and correct copy of Defendant Amazon.com Services LLC's Answer to Plaintiff Joe Hayden's First Amended Complaint, filed in Los Angeles Superior Court on March 10, 2026.

4.     Attached hereto as **Exhibit D** is a true and correct copy of a Statement of Information filed with California Secretary of State by Amazon.com Services LLC, listing principal office in Seattle, Washington, and stating that Amazon.com Services LLC is organized under Delaware law.

5.     Attached hereto as **Exhibit E** is a true and correct copy of an Annual Report filed with the Washington State Secretary of State by Amazon.com Sales, Inc., listing principal office in Seattle, Washington, and stating that Amazon.com Sales, Inc. is organized under Delaware law.

6.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

7.     Executed on this 11th day of March, 2026, at San Francisco, California.

_/s/ Kevin L. Jones_
Kevin L. Jones

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DECL. OF KEVIN L. JONES ISO DEFENDANT'S NOTICE OF REMOVAL / Case No. _____

2